In the Matter of the Claim of NUNZIATA CILIO, Respondent, against MICHAEL FARUOLO et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

(Argued October 3, 1933; decided October 17, 1933.)

*T. Carlyle Jones* for appellants.

*John J. Bennett, Jr., Attorney-General* (*Hector A. Robichon* of counsel), for State Industrial Board, respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.